Marvin L. Johnson
NAME

J-13433
PRISON NUMBER

765 3rd Avenue suite 200
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Chula Vista, Ca. 91910
CITY, STATE, ZIP CODE

FILED
'08 MAR 24 AM 10: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: cp    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Marvin L. Johnson,
(FULL NAME OF PETITIONER)
PETITIONER

v.

(Director CDCR)
Edwardo S. Alamedia, Jr.,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
RESPONDENT

and

Edmand G. Brown,
The Attorney General of the State of California, Additional Respondent.

Civil No. 08CV0115 L(JMA)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

# FIRST AMENDED
PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: San Diego Superior Court, SouthBay Branch; Chula Vista, Ca.

2. Date of judgment of conviction: 5-4-0

3. Trial court case number of the judgment of conviction being challenged: SCS181476

4. Length of sentence: 44mo.

CIV 68 (Rev. Jan. 2006)    cv

5. Sentence start date and projected release date: _1-08-04_/11-21-09_

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _Guilty Plea;_ _PC. 12020(A)(1)_

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☐
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: _Affirmed_
    (b) Date of result (if known): _1-28-05_
    (c) Case number and citation (if known): _D044713_
    (d) Names of Judges participating in case (if known) _____
    
    (e) Grounds raised on direct appeal: _Ineffective Assistance of Counel;_
        _Prosecutorial Misconduct (Brady violation);_
        _Violation, Judicial Misconduct, Forth Amendment violation_

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result. _____
    (b) Date of result (if known): _____
    (c) Case number and citation (if known). _____
    
    (d) Grounds raised: _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): _____
_____

    (d) Grounds raised: _____
_____
_____
_____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☐ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known): _____

    (b) Nature of proceeding: _____
_____

    (c) Grounds raised: _____
_____
_____
_____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☒ Yes  ☐ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known): D044713

    (b) Nature of proceeding: Writ of Habeas Corpus

    (c) Names of Judges participating in case (if known) _____

    (d) Grounds raised: Ineffective Assistance of Counsel(s); Forth Amendmevt violation; Prosecutorial Misconduct(Brady Violatio Judicial Misconduct.

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
       ☐ Yes ☒ No

    (f) Result: Affirmed

    (g) Date of result (if known): 1-28-05

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known): D044713

    (b) Nature of proceeding: Writ of Habeas Borpus

    (c) Grounds raised: Inaeffective Assistance of Counsel(s); Forth Amendment violation; Prosecutorial Misconduct(Brady violation Judicial Misconduct.

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
       ☐ Yes ☒ No

    (e) Result: Affirmed

    (f) Date of result (if known): 1-25-07

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____
_____
_____
_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
   ☒ Yes ☐ No   (IF "YES" SKIP TO #22)
   (a) If no, in what federal court was the prior action filed? _____
       (i) What was the prior case number? _____
       (ii) Was the prior action (CHECK ONE):
           ☐ Denied on the merits?
           ☐ Dismissed for procedural reasons?
       (iii) Date of decision: _____
   (b) Were any of the issues in this current petition also raised in the prior federal petition?
       ☐ Yes ☐ No
   (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
       ☐ Yes ☐ No

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Ineffective Assistance of Counsel(S): During trial both public defenders faild to advocate petitioners cause and faild to make the necessary motion for discovery in timely maner.

**Supporting FACTS**: During preleminary hearing Ms. Kirckwood never contest aresting officer testimony alleging petitioner did not poses vaild drivers licese on 1-08-04. Nor did Mis.Kirckwood formally file discovery motion to secure favorable evidence that could be use to petitioners favor. Had Ms. Kirkwood object to officers testimony regarding not posesing valid drivers licese The presentation of petitioners vaild drivers licese would have led to officers crediblity being in question. Also, had Ms. Kirkwood secured a formal dicovery motion, The communication vetween Officer and dispatch would not have been lost. There is reason to belive that with the communication between Officer and dispatch the drivers license would not have been in question as a means for officer detention of petitioner 1-08-04.

Petitioner belived that attorney Alfred Lesane was giving the best advice by saying that it would be best for petitioner to take a deal. However, if petitioner would have been able to have attorney advocate his defense Mr. lesane could have made

**Did you raise GROUND ONE in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Heabus

(2) Case number or citation: D044713

(3) Result (attach a copy of the court's opinion or order if available): _____

CONTINUED GROUND ONE:

Prosecution prove his case and support the allegation of petitioner failing to poses valid drivers licese. As wellas petitioner failing to signal prior to making a right turn. Had Mr. Lesane filed a timely discovery motion, it would have been evident that Prosecution was unable to meet the burdent of proof necessary to convict petitioner of a crime. Had Mr. Lesane object to prosecut failing to adhear to Judge Fraiser Production Order, it stands to reason that the out come of petitioners trial would have been a different result.

(b) **GROUND TWO**: ~~Illegal search and seizure;~~ Officer Oyos unlawfully stoped petitioner and searched his vehicle without valid serch warent 1-08-04.

**Supporting FACTS**: Officer ~~Oyos never secured information regarding petitioners personal information through means of contacting dispatch.~~ Officer failed to issue petitione~~r sitation for the Alleged traffic violation. Officer allegedly contact dispatch and recieved information that petitioner had no valid drivers licese 1-08-04.~~ However DMV confirm petitioner to have valid drivers license 1-08-04. Officer also used alleged contact with dispatch ~~and recieved information that~~ petitioner was on parole for Car Jacking 1-08-04. ~~Whereby, petitioner was on parole for~~ Driving ~~vehicle without owners consent 3-26-00 conviction.~~ Last, officer unlawfully subject petitioner to compliancy seach without first recieving petitioners parole condition via dispatch. ~~Any evidenc found without probable cause~~ can not warent a lawful stop. Thereb ~~anyevidence seized at this point is said to~~ fruit-of-a poisonous tree; ~~which must be excluded from record of evidence.~~

Did you raise **GROUND TWO** in the **California Supreme Court**?
☒ Yes ☐ No.

  If yes, answer the following:

  (1) Nature of proceeding (i.e., petition for review, habeas petition): ~~Writ of Habeas~~

  (2) Case number or citation: D044713

  (3) Result (attach a copy of the court's opinion or order if available): _____

(c) **GROUND THREE**: Prosecutorial Misconduct(Brady violation)
Prosecutor failed to disclose exculpatory evidence or favorable evidence to the accused. Prosecution lost the Cad-Call.

**Supporting FACTS**: Prosecution faild to disclose exculpatory evidenc or favorable evidence to the accused. This evidence is to be preserved and hand over to accused without request, which Prosecutio did not do. Prsecution with held this evidence from petitioner an secured a conviction knowing that there was evidence favorable to petitioner. Last, Prosecution Lost Cad-Call which is the only source that could irrifutably point to the communication between Officer and dispatch 1-08-04.

**Did you raise GROUND THREE in the California Supreme Court?**

☒ Yes ☐ No.

  If yes, answer the following:

  (1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Habeas
  (2) Case number or citation: D044713
  (3) Result (attach a copy of the court's opinion or order if available): _____

(d) **GROUND FOUR**: Judicial Misconduct,
Judge Scott failed to enforce previous Judges order of production against Prosecution. Judge Scott interfered with Plea Negotiatio

**Supporting FACTS**: On 3-18-04 Judge Fraiser order Prosecuton to produce Discovery material upon the return to court 4-5-04. Judge was switched without petitioners writen consent. New Judge failed to enforce order which was evidence favorable to petitioner. This failuar to produce by Prosecution resulted in petitioner taking Attorney A.Lesane advice in taking deal. Judge Scott interfered in Plea negotiation, whereby petitioner recieved deal from Judge not Prosecution.

Did you raise **GROUND FOUR** in the **California Supreme Court**?

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Habeas

(2) Case number or citation: D044713

(3) Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Jan. 2006)         -9-                                     cv

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:

    (a) Name of Court: _____

    (b) Case Number: _____

    (c) Date action filed: _____

    (d) Nature of proceeding: _____

    _____

    (e) Name(s) of judges (if known): _____

    (f) Grounds raised: _____

    _____

    _____

    _____

    _____

    (g) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: Ms.Kirckwood; 765 3rd Ave. Ste.100,Chula Vista,Ca.91910

    (b) At arraignment and plea: Mr. Alfred Lesane, 765 3rd Ave. Ste.100 Chula Vista Ca. 91910

    (c) At trial: Mr. Alfred Lesane, 765 3rd Ave. Ste.100 Chula Vista, ca. 91910

    (d) At sentencing: Mr.Alfred Lesane, 765 3rd Ave.Ste.100 Chula Vista,Ca.91910

    (e) On appeal: Mr.David K. Rankin,Appellate Defenders Inc. ,555 W. Beech St. Ste.300, San Diego,Ca.92101

    (f) In any post-conviction proceeding: _____

    _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

    _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _____

   (b) Give date and length of the future sentence: _____
   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☐ No

28. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.   OR   ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: 3-24-08

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

*Marvin O. Johnson Pro-Per*
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3/24/08                    *Marvin O. Johnson*
(DATE)                     SIGNATURE OF PETITIONER

CIV 68 (Rev. Jan. 2006)            -12-                    cv