EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DOUGLAS P. DANZIG, State Bar No. 153048
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2285
 Fax: (619) 645-2271
 Email: Doug.Danzig@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. JOHNSON,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>JAMES E. TILTON, Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　　　　　　　Respondent. | 08cv0115-L (JMA)<br><br>**NOTICE OF LODGMENT** |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  DOUGLAS P. DANZIG, State Bar No. 153048
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2285
    Fax: (619) 645-2271
9   Email: Doug.Danzig@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. JOHNSON, | 08cv0115-L (JMA) |
| Petitioner, | **NOTICE OF LODGMENT** |
| v. | |
| JAMES E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, | |
| Respondent. | |

21      Pursuant to this Court's Order dated March 27, 2008, Respondents request the following
22 records be lodged with the court:
23      1.  A copy of the San Diego County Superior Court's Order denying the habeas petition
24 in case number HSC10808.
25      2.  A copy of the Petition For Writ Of Habeas Corpus that Petitioner filed with the San
26 Diego County Superior Court, case number HSC10808.
27      3.  A copy of the Petition For Writ Of Habeas Corpus that Petitioner filed with the
28 California Court of Appeal, case number D049057.

08cv0115-L (JMA)

1

1   4.   A copy of the California Court of Appeal's order denying the habeas petition in case number D049057.

2   5.   A copy of the Petition For Writ Of Habeas Corpus that Petitioner filed with the California Supreme Court, case number S150730.

3   6.   A copy of the California Supreme Court's order denying the habeas petition in case number S150730.

Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


s/Douglas P. Danzig

DOUGLAS P. DANZIG
Deputy Attorney General

Attorneys for Respondent

DPD:dp
70128647.wpd
SD2008700256

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Marvin L. Johnson v. James E. Tilton, Secretary of the California Department of Corrections and Rehabilitation**

No.: **08cv0115-L (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On June 26, 2008, I served the attached **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Marvin L. Johnson
J-13433
California Medical Facility
State Prison
P.O. Box 2000
m3/3320
Vacaville, CA 95696

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 26, 2008, at San Diego, California.

|    |    |
|----|----|
| D. Perez | [signature] |
| Declarant | Signature |

70128649.wpd