1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN L. JOHNSON,<br><br>                              Petitioner,<br><br>             v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                              Respondents. | Civil No.    08cv0115-L (JMA)<br><br>**ORDER EXTENDING DEADLINE FOR PETITIONER'S OPPOSITION TO MOTION TO DISMISS** |

        On June 26, 2008, Respondent filed a Motion to Dismiss the First Amended Petition in the above-entitled action.  Petitioner shall file an Opposition to the Motion to Dismiss **not later than July 31, 2008**.

        **IS SO ORDERED.**

DATED:  June 27, 2008

_____
Jan M. Adler
U.S. Magistrate Judge